UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JEREMY DEWAYNE FOSTER #609509** | **CIVIL ACTION NO. 24-cv-242 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MICHELE DAUZAT** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 10] previously filed herein, having thoroughly reviewed the record, including the written Objection [Doc. No. 12] filed by Plaintiff Jeremy DeWayne Foster ("Plaintiff"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Petition for Writ of Habeas Corpus [Doc. No. 1] are **DISMISSED WITHOUT PREJUDICE**, *sua sponte*, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 25th day of June 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE